JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ, <br> , <br>          Plaintiff, <br>              v. <br> NANCY A. BERRYHILL, <br>          Defendant. | Case No. CV 18-08812-SHK <br><br> **JUDGMENT** |

It is the judgment of this Court that, consistent with this Court's Order, the Case is DISMISSED, without prejudice.

Dated: July 26, 2019

_____
HONORABLE SHASHI H. KEWALRAMANI
United States District Judge